UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2508 MRW | Date | June 16, 2015 |
|---|---|---|---|
| Title | Gerard Butler v. Waste Management, Inc. | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISMISSING CASE

   Defendant filed a notice of voluntary dismissal in this case. (Docket # 5.) This action is dismissed in its entirety.

:   00

Initials of Preparer    vm